IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY LEWIS,

      Plaintiff,                        No. CIV S-09-3059 KJM P

   vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

      Defendants.                <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request was not filled out by an authorized prison official. Also, plaintiff's copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint must be certified. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff shall submit, within thirty days from the date of this order, a
3    completed affidavit in support of his request to proceed in forma pauperis on the form provided
4    by the Clerk of Court;

5    2. The Clerk of the Court is directed to send plaintiff a new Application to
6    Proceed In Forma Pauperis By a Prisoner; and

7    3. Plaintiff shall submit, within thirty days from the date of this order, a certified
8    copy of his prison trust account statement for the six month period immediately preceding the
9    filing of the complaint.  Plaintiff's failure to comply with this order will result in a
10   recommendation that this action be dismissed without prejudice.

11   DATED: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE

/md
lewi3059.3c+new