1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRY LEWIS,

11          Plaintiff,                    No. 2:09-cv-3059 CKD P

12      vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS,

14
            Defendant.              ORDER

15   _____/

16          A review of the court's docket reveals that the court's June 27, 2012 order lifting

17   the stay in this matter and granting plaintiff 30 days within which to file a third amended

18   complaint may not have reached plaintiff because the order was sent to Salinas Valley State

19   Prison despite the fact that plaintiff informed the court on June 25, 2012 that he had been

20   transferred to California State Prison, Sacramento.  Good cause appearing, IT IS HEREBY

21   ORDERED that:

22          1.  Plaintiff is granted until August 20, 2012 to file his third amended complaint;

23          2.  Failure to file a third amended complaint by August 20, 2012 will result in

24   dismissal;

25   /////

26   /////

1        3.  The Clerk of the Court is directed to serve a copy of the court's June 27, 2012

2  order on plaintiff; and

3        4.  The Clerk of the Court is directed to serve a copy of this order on plaintiff at

4  California State Prison, Sacramento and change the docket to reflect that is where plaintiff is now

5  housed.

6  Dated: July 19, 2012

7

8        CAROLYN K. DELANEY
          UNITED STATES MAGISTRATE JUDGE

9

10

11

12  [1]
  lewi3059.36(4)

13

14

15

16

17

18

19

20

21

22

23

24

25

26