IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY LEWIS,

        Plaintiff,                      No. 2:09-cv-3059 CKD P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Defendant.                 <u>ORDER</u>

        A review of the court's docket reveals that the court's June 27, 2012 order lifting the stay in this matter and granting plaintiff 30 days within which to file a third amended complaint may not have reached plaintiff because the order was sent to Salinas Valley State Prison despite the fact that plaintiff informed the court on June 25, 2012 that he had been transferred to California State Prison, Sacramento. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted until August 20, 2012 to file his third amended complaint;

        2. Failure to file a third amended complaint by August 20, 2012 will result in dismissal;

/////

/////

3. The Clerk of the Court is directed to serve a copy of the court's June 27, 2012 order on plaintiff; and

4. The Clerk of the Court is directed to serve a copy of this order on plaintiff at California State Prison, Sacramento and change the docket to reflect that is where plaintiff is now housed.

Dated: July 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lewi3059.36(4)